CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 6 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY, | ) <br> ) <br> ) **Case No.: 7:19-cv-377** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TURNOUTZ, LLC, | ) |
| | ) **By: Michael F. Urbanski** |
| Defendant. | ) **Chief United States District Judge** |

### ORDER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Great

American E&S Insurance Company has moved to voluntarily dismiss all claims in this action

without prejudice. ECF No. 5. The motion is **GRANTED**. This matter is **DISMISSED**

**without prejudice,** with each party to bear its own costs and fees.

It is **SO ORDERED**.

Entered: 08-25-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge